NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN L. DEROSA,**
*Plaintiff-Appellee,*

v.

**J.P. WALSH & J.L. MARMO ENTERPRISES, INC.,**
*Defendant-Appellant.*

---

2012-1401 ·

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0287, Judge Claude M. Hilton.

## ORDER

Upon consideration of J.P. Walsh & J.L. Marmo Enterprises, Inc.'s unopposed motion for a 7-day extension of time, until September 4, 2012, to file the reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 0 5 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William E. Hassan, Esq.
     Thomas P. Pavelko, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 0 5 2012**

**JAN HORBALY**
**CLERK**